UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 13-03008-RGK (PJWx)** | Date | July 5, 2013 |
|---|---|---|---|
| Title | ***SMYTH v. CHANG et al.*** | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams (Not Present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| Not Present | | Not Present | |

**Proceedings:** **(IN CHAMBERS) Order re: (1) Order to Show Cause Why Individuals Defendants Should Not Be Dismissed for Failure to Comply with FRCP 4(m) (DE 58) and (2) Order to Show Cause Why Individual Defendants Should Not Be Dismissed for Failure to Prosecute under FRCP 41(b)**

On June 14, 2013, the Court issued an order to show cause (DE 58) why the action against the individual defendants should not be dismissed for lack of service under Rule 4(m). On June 20, 2013, Plaintiff Kevin Symth filed a response. This order to show cause is **discharged**

Upon review of Plaintiff's response, the Court **orders** the parties to show cause why the action against the individual defendants should not be dismissed for failure to prosecute pursuant to FRCP 41(b). Although the 120-day service of process requirement does not apply to defendants in foreign countries, the Court notes that it has been over a year since the Complaint was filed and none of the individual defendants have been served. Plaintiff alleges that he has contacted counsel for Defendant China Agritech, the only defendant who has been served, on whether China Agritech would accept service for the individual defendants as it did in a prior litigation involving the same parties. *Dean v. China Agritech, Inc.*, 11-cv-01331 RGK(PJW) (C.D. Cal. June 22, 2011)(DE 26-29). However, Plaintiff's statements are vague and provide few details about the timing and effort actually expended to obtain the individual defendants' waiver of service.

Thus, the parties are **ordered to show cause** why the action against the individual defendants should not be dismissed for failure to prosecute under FRCP 41(b). *Anderson v. Air W., Inc.,* 542 F.2d 522, 525 (9th Cir. 1976); *see O'Rourke Bros. Inc. v. Nesbitt Burns, Inc.,* 201 F.3d 948, 952 (7th Cir. 2000). The parties' briefs must be filed by July 19, 2013 and are limited to 5 pages.

**IT IS SO ORDERED.**

:
Initials of Preparer