SETH ARONSON (S.B. #100153)
saronson@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Attorneys for Defendant
CHINA AGRITECH, INC.

LAURENCE M. ROSEN (S.B. #219683)
lrosen@rosenlegal.com
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684

Attorneys for Plaintiffs
KEVIN SMYTH, TE GYUN KIM, PREMIUM
ALLIANCE INVESTMENT LIMITED,
SANG CHUL HAN, HSP INVESTMENTS
LIMITED, SEUNG HO LEE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| KEVIN SMYTH, TE GYUN KIM, PREMIUM ALLIANCE INVESTMENT LIMITED, SANG CHUL HAN, HSP INVESTMENTS LIMITED, SEUNG HO LEE, Individually, and on Behalf of All Others Similarly Situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>YU CHANG, YAU-SING TANG, XIAO RONG TENG, CHINA AGRITECH, INC., GENE MICHAEL BENNETT, MING FANG ZHU, ZHENG "ANNE" WANG, CHARLES LAW, LUN ZHANG DAI, and HAI LIN ZHANG,<br><br>          Defendants. | Case No. 13-CV-03008 RGK (PJW)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Judge: Hon. R. Gary Klausner<br>Complaint Filed: October 4, 2012<br>Discovery Cutoff Date: February 7, 2014<br>Pretrial Conference Date: April 21, 2014<br>Trial Date: May 6, 2014 |

1    After careful consideration, Plaintiffs Kevin Smyth, Te Gyun Kim, Premium

2  Alliance Investment Limited, Sang Chul Han, HSP Investments Limited, and Seung

3  Ho Lee (collectively, "Plaintiffs") have agreed to dismiss this action with prejudice.

4  Thus, the Parties now request that this Court dismiss Plaintiffs' claims with

5  prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

6                                    *        *        *

7    On October 4, 2012, Plaintiff Kevin Smyth filed this putative class action in

8  the District of Delaware on behalf of himself and others similarly situated, alleging

9  violations of the Securities Exchange Act of 1934 ("Exchange Act") against

10  Defendants China Agritech, Inc. ("China Ag"), Yu Chang, Yau-Sing Tang, Xiao

11  Rong Teng, Gene Michael Bennett, Ming Fang Zhu, Zheng "Anne" Wang, Charles

12  Law, Lun Zhang Dai, and Hai Lin Zhang.  This case is substantially similar to *Dean*

13  *v. China Agritech, Inc.*, CV11-01331 RGK (PJWx), another putative class action

14  over which this Court previously presided.  As a result, China Ag moved to transfer

15  this action to the Central District of California.  (D.E. 18.)  On April 19, 2013, U.S.

16  District Judge Richard G. Andrews heard oral argument on China Ag's motion to

17  transfer and granted China Ag's motion.  (D.E. 41.)

18    On July 18, 2013, Plaintiffs filed an Amended Complaint, seeking to recover

19  for the following alleged violations: (1) Section 10(b) of the Exchange Act and

20  Securities and Exchange Commission Rule 10b-5 against China Ag and the

21  Individual Defendants, and (2) Section 20(a) of the Exchange Act against the

22  Individual Defendants.  (D.E. 76.)  The Amended Complaint also added as

23  plaintiffs Te Gyun Kim, Premium Alliance Investment Limited, Sang Chul Han,

24  HSP Investments Limited, and Seung Ho Lee.  (*Id.*)  On August 5, 2013, China Ag

25  moved to dismiss the Amended Complaint and also to strike Plaintiffs' class

26  allegations; Plaintiffs moved for class certification.  (D.E. 82, 83, 88.)

27    On August 26, 2013, this Court held a scheduling conference and set the

28

STIPULATION OF DISMISSAL
WITH PREJUDICE
13-CV-03008 RGK (PJW)

following dates:

- Discovery Cut-Off:  February 7, 2014
- Motion Cut-Off (last day to file):  February 21, 2014
- Pretrial Conference:  April 21, 2014, at 9:00 a.m.
- Jury Trial (est. 2 weeks):  May 6, 2014, at 9:00 a.m.

On September 26, 2013, the Court denied China Ag's motions to dismiss and to strike Plaintiffs' class allegations, and also denied Plaintiffs' motion for class certification.  (D.E. 112, 113.)  The Parties then propounded discovery: requests for production of documents, interrogatories, three third-party subpoenas, and eight deposition notices.  In addition, on December 18, 2013, Magistrate Judge Patrick J. Walsh ordered that the Parties may use the discovery conducted in *Dean*, including over 500,000 pages of documents that were produced in that action and transcripts of eight depositions.  (D.E. 129.)

On January 3, 2014, after having carefully considered their options, Plaintiffs decided to dismiss this action with prejudice.  Thus, the Parties now request that this Court dismiss their claims with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear its own fees and costs.

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties through their respective counsel, that:

STIPULATION OF DISMISSAL
WITH PREJUDICE
13-CV-03008 RGK (PJW)

1       Plaintiffs' Amended Complaint in the above-captioned action be

2   DISMISSED in its entirety, WITH PREJUDICE, under Federal Rule of Civil

3   Procedure 41(a)(l)(A)(ii).  Each side to bear its own attorneys' fees and costs.

4

5   DATED:  January 8, 2014          THE ROSEN LAW FIRM, P.A.

6

7                    By: */s/Laurence M. Rosen*
                         Laurence M. Rosen

8                    Attorneys for Plaintiffs

9                    KEVIN SMYTH, TE GYUN KIM,
                     PREMIUM ALLIANCE

10                   INVESTMENT LIMITED, SANG
                     CHUL HAN, HSP INVESTMENTS

11                   LIMITED, SEUNG HO LEE

12  DATED:  January 8, 2014          O'MELVENY & MYERS LLP

13                   By: */s/Seth Aronson*

14                       Seth Aronson

15                   Attorneys for Defendant
                     CHINA AGRITECH, INC.

16

17

18                        Attestation

19       I hereby attest that the other signatory listed, on whose behalf this filing is

20   submitted, concurs in the filing's content and has authorized the filing.

21

22   DATED:  January 8, 2014          O'MELVENY & MYERS LLP

23                    By: */s/Seth Aronson*

24                        Seth Aronson

25

26

27

28

STIPULATION OF DISMISSAL
WITH PREJUDICE
13-CV-03008 RGK (PJW)