SETH ARONSON (S.B. #100153)
saronson@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071-2899
Telephone:  (213) 430-6000
Facsimile:  (213) 430-6407

Attorneys for Defendant
CHINA AGRITECH, INC.

LAURENCE M. ROSEN (S.B. #219683)
lrosen@rosenlegal.com
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, California  90071
Telephone:  (213) 785-2610
Facsimile:  (213) 226-4684

Attorneys for Plaintiffs
KEVIN SMYTH, TE GYUN KIM, PREMIUM ALLIANCE INVESTMENT LIMITED, SANG CHUL HAN, HSP INVESTMENTS LIMITED, SEUNG HO LEE

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| KEVIN SMYTH, TE GYUN KIM, PREMIUM ALLIANCE INVESTMENT LIMITED, SANG CHUL HAN, HSP INVESTMENTS LIMITED, SEUNG HO LEE, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>YU CHANG, YAU-SING TANG, XIAO RONG TENG, CHINA AGRITECH, INC., GENE MICHAEL BENNETT, MING FANG ZHU, ZHENG "ANNE" WANG, CHARLES LAW, LUN ZHANG DAI, and HAI LIN ZHANG,<br><br>Defendants. | Case No. 13-CV-03008 RGK (PJW)<br><br>**[PROPOSED] ORDER GRANTING DISMISSAL OF ALL CLAIMS WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Judge:  Hon. R. Gary Klausner<br>Complaint Filed:  October 4, 2012<br>Discovery Cutoff Date:  February 7, 2014<br>Pretrial Conference Date:  April 21, 2014<br>Trial Date:  May 6, 2014 |

On January 3, 2014, Plaintiffs Kevin Smyth, Te Gyun Kim, Premium Alliance Investment Limited, Sang Chul Han, HSP Investments Limited, and Seung Ho Lee (collectively, "Plaintiffs") agreed after careful consideration to dismiss the above-captioned matter with prejudice.

On January 8, 2014, Plaintiffs and Defendant China Agritech, Inc. filed a Stipulation of Dismissal With Prejudice, requesting that the Court dismiss with prejudice all claims asserted by Plaintiffs in this action.

IT IS HEREBY ORDERED that, pursuant to the agreement of the Parties, all claims asserted by Plaintiffs in this matter are dismissed with prejudice, with each side to bear its own attorneys' fees and costs.

DATED: January 09, 2014

_____
Honorable R. Gary Klausner
United States District Judge